1

2

3

4

5              UNITED STATES DISTRICT COURT

6                  DISTRICT OF NEVADA

7                        * * *

8   KAREN GUERTIN,                    )
                                      )
9            Plaintiff,               )       2:11-cv-1483-RCJ-RJJ
                                      )
10  vs.                               )
                                      )
11  NATIONSTAR, *et al*.,             )       O R D E R
                                      )
12           Defendant,               )
    _____ )

13

14          This matter is before the Court on an Application to Proceed in District Court Without

15  Prepaying Fees or Costs (#1).

16          The Court having reviewed the Application (#1) and the proposed complaint attached

17  thereto and good cause appearing therefore,

18          IT IS HEREBY ORDERED that a status hearing is scheduled for November 15, 2011, at

19  9:30 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

20  Blvd. So., Las Vegas, Nevada.

21          IT IS FURTHER ORDERED that only Plaintiff, Karen Guertin, is required to appear in

22  Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a

23  recommendation that this case be dismissed.

24          IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25  Plaintiff by certified mail, return receipt requested.

26          DATED this __19th__ day of October, 2011.

27

28                                            _____
                                              ROBERT J. JOHNSTON
                                              United States Magistrate Judge