1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KAREN GUERTIN,                               )
                                             )
              Plaintiff,                      )
                                             )          2:11-cv-01483-RCJ-RJJ
       vs.                                   )
                                             )
NATIONSTAR MORTGAGE LLC et al.,              )          **ORDER**
                                             )
              Defendants.                    )
_____ )

      Plaintiff filed a pending motion to proceed *in forma pauperis* on September 14, 2011 but has since voluntarily "dismissed" the proposed complaint, which filing the Court interprets as a notice of withdrawal of the motion to proceed *in forma pauperis*.

**CONCLUSION**

      IT IS HEREBY ORDERED that the Motion for Leave to Proceed in Forma Pauperis (ECF No. 1) is WITHDRAWN, and the Motion to Expunge the Lis Pendens (ECF No. 8) is GRANTED.

      IT IS FURTHER ORDERED that the Clerk shall close the case.

      IT IS SO ORDERED.

Dated this 24th day of February, 2012.

_____
ROBERT C. JONES
United States District Judge